01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,           )    CASE NO. MJ 09-526
                                        )
09        Plaintiff,                    )
                                        )
10        v.                            )
                                        )
11 FABIO LOPEZ-LOPEZ,                   )    DETENTION ORDER
                                        )
12        Defendant.                    )
_____ )

13

14 <u>Offense charged</u>:        Conspiracy to Distribute and Possess with Intent to Distribute Cocaine;

15 <u>Date of Detention Hearing</u>:    October 20, 2009

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21        (1)    Defendant is reportedly a citizen of Mexico.

22        (2)    The United States alleges that his presence in this country is illegal.  There is an

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01  immigration detainer pending against him.  The issue of detention in this case is therefore

02  essentially moot, as the defendant would be released to immigration custody if not detained in

03  this case.

04      (3)    Defendant and his counsel offer no opposition to the entry of an order of

05  detention.

06      (4)    Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

07  Therefore, there is limited information available about him.

08      (5)    There does not appear to be any condition or combination of conditions that will

09  reasonably assure the defendant's appearance at future Court hearings while addressing the

10  danger to other persons or the community.

11  It is therefore ORDERED:

12      (1)    Defendant shall be detained pending trial and committed to the custody of the

13          Attorney General for confinement in a correction facility separate, to the extent

14          practicable, from persons awaiting or serving sentences or being held in custody

15          pending appeal;

16      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

17          counsel;

18      (3)    On order of a court of the United States or on request of an attorney for the

19          Government, the person in charge of the corrections facility in which defendant

20          is confined shall deliver the defendant to a United States Marshal for the purpose

21          of an appearance in connection with a court proceeding; and

22      (4)    The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 2

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this <u>20th</u> day of October, 2009.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                            Rev. 1/91
PAGE 3